# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 03 C 50194 | **DATE** | 8/4/2005 |
| **CASE TITLE** | Neighbors for Good Neighbors, LLC vs. Adkins Energy LLC | | |

**DOCKET ENTRY TEXT:**

For the reasons stated on the attached Memorandum Opinion and Order, Plaintiff's 6/22/05 Motion for a Protective Order Regarding the Deposition of Its Consulting Expert is granted in part and denied in part. Dr. Cooney may be questioned about any statements he made to third parties and communications he received about odor complaints.

■ [ For further detail see attached order.]

Notices mailed by judge's staff.

| | Courtroom Deputy Initials: | AM |
|---|---|---|